# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MICHAEL JONES, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | No. 20-318 |
| Commissioner of Social Security, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, on August 20, 2020, upon consideration of Plaintiff John Michael Jones's Brief and Statement of Issues in Support of his Request for Review (doc. 15), the Commissioner's Response (doc. 16), and the Plaintiff's Reply (doc. 17) it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE